# SEALED

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-2
SEPTEMBER 25, 2018 SESSION



FILED
SEP 2 5 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 2:18-00198
21 U.S.C. § 841(a)(1)

**KEITH ALLEN SIZEMORE**

## I N D I C T M E N T

The Grand Jury Charges:

On or about September 7, 2017, at or near Oak Hill, Fayette County, West Virginia, and within the Southern District of West Virginia, defendant KEITH ALLEN SIZEMORE knowingly and intentionally possessed with intent to distribute a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

MICHAEL B. STUART
United States Attorney

By: _____
Joshua C. Hanks
Assistant United States Attorney