AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Southern District of West Virginia

SEALED

| | |
|---|---|
| United States of America<br>v.<br>KEITH ALLEN SIZEMORE | )<br>)<br>)<br>)<br>)<br>)    Case No.   2:18-00198 |
| _____<br>*Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      KEITH ALLEN SIZEMORE     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
   Possession with intent to distribute controlled substances

FILED

OCT 1 8 2018

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Date:    09/25/2018            _____ TR
                                                 *Issuing officer's signature*

City and state:    CHARLESTON, WV            RORY L. PERRY II, CLERK
                                                     *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 9/25/2018 , and the person was arrested on *(date)* 10/18/2018 <br> at *(city and state)* Beaver WV . |
| Date: 10/18/2018            _____<br>                                 *Arresting officer's signature*<br><br>                        Fredrick W. Lamey DUSM<br>                                 *Printed name and title* |