```
          UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                   AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                                    CRIMINAL ACTION NO. 2:18-00198

**KEITH ALLEN SIZEMORE**


<u>O R D E R</u>

It is ORDERED that the trial scheduled for March 5, 2019, be, and it hereby is, rescheduled for 9:30 a.m. on March 7, 2019.  The parties are requested to notify the court as to whether this case will proceed to trial.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED:  March 1, 2019

_____
John T. Copenhaver, Jr.
Senior United States District Judge